■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON DUCOS, Appellant. [624 NYS2d 943] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Demarest, J.), rendered October 20, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court erred in providing the jury with a copy of the indictment during deliberations is unpreserved for appellate review *(see People v Udzinski,* 146 AD2d 245). In any event, any error was harmless *(see, People v Moore,* 71 NY2d 684).

The defendant's remaining contention is without merit. Copertino, J. P., Pizzuto, Joy and Friedmann, JJ., concur.